AO 91 (Rev. 11/11)  Criminal Complaint    Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

SEP - 8 2019

David J. Bradley, Clerk of Court

United States of America
v.

1. Jesus ABUNDIS GALVAN
   and
2. Ricardo Rafael WALL CARRASCO

Case No. B-19-888-mj

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __09/07/2019__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841 and 846 | Knowingly and intentionally possess with intent to distribute 83.50 kilograms of cocaine, a Schedule II controlled substance AND did conspire with persons known an unknown to knowingly and intentionally possess with intent to distribute approximately 83.50 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

S/A
*Complainant's signature*

Murry Gunderson, Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

Date:  September 8, 2019

*Judge's signature*

Ignacio Torteya III

City and state:  Brownsville, Texas

United States Magistrates Judge

Case 1:19-cr-00856 Document 1 Filed on 09/08/19 in TXSD Page 2 of 2

United States District Court
Southern District of Texas
FILED
SEP - 8 2019
David J. Bradley, Clerk of Court

B-19-888-mj

On 09/07/2019, Jesus ABUNDIS-Galvan was observed driving a Volkswagen Jetta in the area of Florencia Drive. A Cameron County Sheriff's Office deputy noticed that the Jetta was being followed in tandem by a black Jeep Grand Cherokee. The deputy initiated a traffic stop on the Jetta for violation of Texas traffic law and the Grand Cherokee stopped nearby. A consenual encounter with the driver of the Grand Cherokee was conducted and the driver was identified as Ricardo WALL-Carasco. A K9 conducted an open-air sniff on the Jetta and alerted to the trunk area. A search of the trunk area revealed 80 bricks, totaling 83.5 kilograms, of cocaine concealed within.

During his interview, WALL-Carasco admitted that he was following the Jetta as a "lookout", and that he was aware that there were narcotics concealed within the vehicle.

During his interview, ABUNDIS-Galvan stated that he was contacted to pick up the cocaine from a residence and transport it to a secondary, unknown location in the Brownsville area.

S/A
Murry Gunderson, Special Agent

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

On September 8, 2019
Brownsville, Texas

Ignacio Torteya, III
United States Magistrate Judge