# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | CR. NO. B-19-856-02 |
| **RICARDO RAFAEL WALL-CARRASCO** | § | |

## NOTICE OF NO OBJECTIONS TO THE PSR AND INTENT TO ENFORCE WAIVER OF APPEAL PROVISIONS OF THE PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America ("the United States") files this Notice of No Objections to the PSR and Intent to Enforce Waiver of Appeal Provisions of the Plea Agreement:

## I - NOTICE OF NO OBJECTIONS

The United States, having reviewed the recommended findings of fact and application of the advisory guidelines, has no objections to the PSR.

## II - NOTICE OF INTENT TO ENFORCE WAIVER OF APPEAL

Defendant entered a guilty plea under the terms of a written plea agreement agreeing to waive certain rights to appeal as set out in 18 U.S.C. § 3742(a). The United States hereby gives notice that it will invoke its rights under the plea agreement and move to have any appeal raising issues under 18 U.S.C. § 3742(a) dismissed as waived.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

*s/Jody Young*
JODY YOUNG
Assistant United States Attorney
Federal Bar#: 23946
State Bar #: 00788731
600 East Harrison Street, Suite 201
Brownsville, Texas 78520-7114
Tel 956/548-2554; Fax 956/548-2711

## CERTIFICATE OF SERVICE

I hereby certify that on this the **9TH day of January, 2020**, the Notice of No Objections to the PSR and Intent to Enforce Waiver of Appeal Provisions of the Plea Agreement was served by Notification of Electronic Filing to Abraham Chic Kazen III, 1505 CR 105, Hutto, TX 78634, and delivered to the Federal Probation Office, Brownsville, Texas.

*s/Jody Young*
JODY YOUNG
Assistant United States Attorney